# DECISIONS IN CASES NOT REPORTED.

## FIFTH DEPARTMENT, JUNE TERM, 1886.

In the Matter of the Petition of Bridget Hyde, Appellant, for an order directing the production, by Ellen Gage, of life-tenant, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Barker, J.

The Delaware, Lackawanna and Western Railroad Company, Respondent, v. John M. Durkard and others, Appellants. — Order reversed, with ten dollars costs and disbursements. Opinion by Haight, J.

The People of the State of New York ex rel. The Rome, Watertown and Ogdensburg Railroad Company, Appellants, v. Parley Haupt and others, Assessors, etc., of the Town of Somerset, Niagara county, Respondents.

Same, Appellants, v. Same, Respondents.

Same, Appellants, v. Peter Smoyer and others, as Assessors of the Town of Wilson, Respondents.

Same v. Same. — Order in each case affirmed. with ten dollars costs and disbursements. Opinion by Bradley, J.

Edwin Scott, Appellant, v. John Hopkins, Respondent. — Judgment affirmed. Opinion by Barker, J.

John Garwood, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Judgment reversed, and new trial ordered before another referee, costs to abide event. Opinion by Smith, P. J.; Haight, J., not voting.

George S. Riley, Respondent, v. Harriet E. Porter and others, Appellants. — Judgment affirmed, with costs, on opinion of Rumsey, J., at Special Term.

Albin B. Curtice, Appellant, v. Mary J. Fairchild and another, Respondents. — Judgment affirmed, with costs, on the opinion of Dwight, J., at Special Term.

In the Matter of the Petition of Charles D. Castle, as Trustee, etc., of Francis A. Crittenden, to obtain certain moneys from the county treasurer. — Order affirmed, without costs. Opinion by Barker, J.

Edward J. Kelsey and others, Respondents, v. James Sargeant and others, Appellants. — Order affirmed, without costs.

Simon Stettheimer v. Theobald W. Tone, Impleaded, etc. — Motion for new trial denied, and judgment ordered for the plaintiff on the verdict. Opinion by Barker, J.

Joseph Disher, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed. Opinion by Bradley, J.; Haight, J., not sitting.

Eliza Singleton, as Administratrix, etc., Respondent, v. Alonzo Smith, Appellant. — Judgment affirmed. Opinion by Haight, J.; Barker, J., not sitting.

The Rochester City and Brighton Railroad Company, Appellant, v. Rosa Stahley, Respondent. — Judgment affirmed. Opinion by Bradley, J.; Barker, J., not sitting.

Francis Van Tine, Appellant, v. James French, Respondent. — Judgment affirmed.

Maria Evans, Appellant, v. Charles C. Deming, Respondent. — Judgment and order affirmed. Opinion by Barker, J.; Haight, J., not sitting.

William Burke, Respondent, v. John Quinn, Appellant. — Judgment affirmed.

William W. Robinson, Appellant, v. Luke Robinson, Respondent. — Judgment affirmed, with costs. Opinion by Smith, P. J.

Chauncey Hagadorn, Respondent, v. Alfred C.

Dodge, Jr., Appellant. — Judgment affirmed. Opinion by Barker, J.

Ellen O'Donnell, Respondent, v. Robert McIntyre, Appellant. — Judgment and order reversed and new trial ordered in the Monroe County Court, with costs to abide event. Opinion by Smith, P. J.

George E. Bailey, Appellant, v. Amos Wortman, Respondent. — Judgment of the County Court and that of the justice reversed. Opinion by Bradley, J.

William Burke, Plaintiff, v. Augustus W. Spinning, Defendant. — Motion for new trial denied and judgment ordered for the defendant upon the verdict. Opinion by Haight, J.

The Lake Shore and Michigan Southern Railroad Company, Respondent, v. The Board of Supervisors of the County of Erie, Appellant. — Judgment and order affirmed. Opinion by Barker, J.

Michael Judson, Respondent, v. The Village of Olean, Appellant. — Judgment and order affirmed, on the opinions of Daniels, J., at circuit.

Kate Mayer and others, Appellants, v. Thomas Gilligan and another, Respondents. — Judgment affirmed, with costs. Opinion by Smith, P. J.

In the Matter of the Judicial Settlement of the Accounts of Lawson A. Long. — That part of the decree appealed from affirmed, without costs of this appeal to either party. Opinion by Haight, J.

Lydia A. Gage, Respondent, v. The Village of Hornellsville, Appellant. — Judgment affirmed. Opinion by Barker, J.

James Sargeant, Appellant, v. Marion Warren, Respondent. — Order reversed and the execution set aside, with ten dollars costs and disbursements. Opinion by Haight, J.

Thomas F. Baker and others, Appellants, v. James L. Hotchkiss, Administrator, etc., Respondents. — Order affirmed, with ten dollars costs and disbursements.

Edward J. Kelsey and others, Respondents, v. James Sargeant and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Smith, P. J.; Barker, J., not sitting.

Phœbe Noxon, Appellant, v. William J. Glenn, Respondent. — Judgment affirmed, with costs. Opinion by Smith, P. J.

Robert H. Shannon and others, Respondents, v. John H. Pickell, Appellant, Impleaded, etc. — Judgment reversed and new trial ordered, with costs to abide the final award of costs. The motion to dismiss the appeal denied, without costs. Opinion by Haight, J.; Barker, J., not sitting.

Niagara County National Bank and another, Respondents, v. Mary R. Hooper and another, Appellants. — Judgment modified so as to reduce the amount directed to be paid out of the proceeds of the sale to the plaintiff on account of the mortgage debt to $9,000 and interest from September 29, 1884 ; and as so modified affirmed, without costs of this appeal to either party. Opinion by Bradley, J.; Barker, J., not sitting.

John Carney, Respondent, v. William S. Downey, Appellant. — Order affirmed, with costs of this appeal to the respondent to abide the event of his recovery. Opinion by Smith, P. J.; Barker, J., not sitting.

Suselia Hayes, Respondent, v. Jacob Thalheimer,